# CHARLESTON.

MERCHANTS' NATIONAL BANK OF WEST VIRGINIA *v.* ELLIOTT W. WILLIAMS.

HOLT, PRESIDENT:

This record presents the same pleadings and proofs, and gives rise to the same points of law as those discussed and decided in the case of *Bank of West Virginia* v. *Thomas S. Spates, supra*, and for the same reasons the judgment complained of is affirmed.